

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00050-CV

**IN THE INTEREST OF J.E.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00436
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we strike the portion of the termination order finding appellant R.A.'s parental rights should be terminated under section 161.001(b)(1)(Q) of the Texas Family Code. The trial court's termination order is AFFIRMED AS MODIFIED.

We order that appellant R.A. recover his costs of appeal, if any, from appellee The Texas Department of Family and Protective Services.

SIGNED May 15, 2019.

_____
Beth Watkins, Justice

---

[1] The Honorable Norma Gonzales is the presiding judge of the 131st Civil District Court, Bexar County, Texas. The Honorable Charles E. Montemayor, associate judge, signed the termination order.